Annual Report 2018

# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Gross, Kevin**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/ Kevin Gross [electronically signed on 07/09/2019 by Kevin Gross in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | St Mary Magdalen School | Denominational Elementary School | Member of Board |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

None

# IV. Reimbursements

None

# V. Gifts

None

# VI. Liabilities

None

---

## VII. Investments and Trusts

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| State of Israel 7th Dev Reg Savings Amended Bond 46513ENN8 | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| State of Israel 7th Mazel Tov Sav Bond 46513CFX9 | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| State of Israel 6th Mazel Tov Sav Bond 46513BJ74 | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| State of Israel Mazel Tov Sav Bond 46513XJU5 | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| Newberger Berman Brokerage Account #1 (H) | | | | | | | | |
| -Dreyfus Treasury Sec Cash Mgmt Admin money market fund | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| -Occidental Pete Corp common stock | | $5,001 - $15,000 | Dividend, Gain | $15,000 or less | Cash Market | | | |
| -Occidental Pete Corp common stock | See Note | | | | | Sold | 06/27/2018 | $15,001 - $50,000 |
| -California Resources Corporation common stock | | None | None | $15,000 or less | Cash Market | | | |
| IRA #2 (H) | | | | | | | | |
| -Neuberger Berman Guardian Fd Instl Class mutual fund | See Note | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Neuberger Berman Guardian Fd Instl Class mutual fund | | | | | | Purchased | 12/17/2018 | $15,000 or less |
| MetLife common stock | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| MetLife common stock | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 1/3 interest in Trisis-oil & gas royalty interest & land in | | | | | | | |
| Scurry, Tyler & Wood Counties, TX | $5,001 - $15,000 | Royalty | $500,001 - $1,000,000 | Estimated | | | |
| IRA Rollover Acct #1 (H) | | | | | | | |
| -Dreyfus Treasury Sec Cash Mgmt Admin money market fund | $2,501 - $5,000 | Interest | $500,001 - $1,000,000 | Cash Market | | | |
| -Neuberger Berman Genesis FD Institutional Class mutual fund | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| -Alphabet Inc common stock | None | None | $100,001 - $250,000 | Cash Market | | | |
| -Honeywell Intl Inc common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -Cisco Systems Inc common stock | $15,001 - $50,000 | Dividend, Gain | None | Cash Market | | | |
| -Cisco Systems Inc common stock | | | | | Sold | 04/04/2018 | $50,001 - $100,000 |
| -Neuberger & Berman Equity FDS Equity Income FD Instl mutual fund | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| -Exxon Mobil Corp common stock | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Lennar Corp Cl A common stock | $5,001 - $15,000 | Dividend, Gain | None | Cash Market | | | |
| -Lennar Corp Cl A common stock | | | | | Purchased | 10/15/2018 | $15,001 - $50,000 |
| -Lennar Corp Cl A common stock | | | | | Sold | 11/14/2018 | $50,001 - $100,000 |
| -Kimberly Clark Corp common stock | $1,000 or less | Dividend, Gain | None | Cash Market | | | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| -Kimberly Clark Corp common stock | | | | | | Sold | 04/20/2018 | $15,001 - $50,000 |
| -Nvida Corp common stock | | $15,001 - $50,000 | Dividend, Gain | $15,001 - $50,000 | Cash Market | | | |
| -Nvida Corp common stock | See Note | | | | | Sold | 12/13/2018 | $15,001 - $50,000 |
| -Pioneer Natural Resources Company common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Proctor & Gamble Co common stock | | $1,000 or less | Dividend | None | Cash Market | | | |
| -Proctor & Gamble Co common stock | | | | | | Sold | 06/04/2018 | $50,001 - $100,000 |
| -Textron Inc common stock | | $15,001 - $50,000 | Dividend, Gain | None | Cash Market | | | |
| -Textron Inc common stock | See Note | | | | | Sold | 04/25/2018 | $50,001 - $100,000 |
| -Textron Inc common stock | | | | | | Sold | 12/27/2018 | $15,001 - $50,000 |
| -Schlumberger Ltd common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Schlumberger Ltd common stock | | | | | | Purchased | 09/25/2018 | $15,001 - $50,000 |
| -Eli Lilly & Co common stock | | $5,001 - $15,000 | Gain | None | Cash Market | | | |
| -Eli Lilly & Co common stock | | | | | | Sold | 01/23/2018 | $50,001 - $100,000 |
| -Berkshire Hathaway Inc Del Cl B common stock | | None | None | $50,001 - $100,000 | Cash Market | | | |
| -Apple Inc common stock | | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -EOG Res Inc common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| -Raytheon Co common stock | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Mondelez International Inc common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -International Paper Co common stock | $5,001 - $15,000 | Dividend, Gain | None | Cash Market | | | |
| -International Paper Co common stock | | | | | Sold | 10/12/2018 | $15,001 - $50,000 |
| -Fedex Corp common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Industrial DiSeno Textile SA Euro 03 common stock | $1,000 or less | Dividend | None | Cash Market | | | |
| -Industrial DiSeno Textile SA Euro 03 common stock | | | | | Sold | 05/15/2018 | $15,001 - $50,000 |
| -Automatic Data Processing Inc common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -American Tower Corp Isin common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -American Tower Corp Isin common stock | | | | | Purchased | 04/25/2018 | $15,001 - $50,000 |
| -Neuberger Berman Guardian FD Instl Cl | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Carnival Corp Paired CTF common stock | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -General Dynamics Crp common stock | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Allergan PLC common stock | $1,000 or less | Dividend | None | Cash Market | | | |
| -Allergan PLC common stock | | | | | Sold | 04/09/2018 | $15,001 - $50,000 |
| -Union Pacific Corp common stock | $15,001 - $50,000 | Dividend, Gain | $15,001 - $50,000 | Cash Market | | | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| -Union Pacific Corp common stock | See Note | | | | | Sold | 09/25/2018 | $15,001 - $50,000 |
| -Boston Beer Company Inc Cl A common stock | | $15,001 - $50,000 | Gain | None | Cash Market | | | |
| -Boston Beer Company Inc Cl A common stock | See Note | | | | | Sold | 07/31/2018 | $15,001 - $50,000 |
| -Boston Beer Company Inc Cl A common stock | | | | | | Sold | 12/27/2018 | $15,001 - $50,000 |
| -Hyatt Hotels Corp common stock | | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -Versum Matls Inc common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Qualcomm Inc common stock | | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Rio Tinto PLC Sponsored ADR | | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -Rio Tinto PLC Sponsored ADR | | | | | | Purchased | 08/09/2018 | $15,001 - $50,000 |
| -Cabot Oil & Gas Corp common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -AON PLC Shs Cl A common stock | | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| -Alaska Air Group Inc common stock | | $1,000 or less | Dividend | | | | | |
| -Alaska Air Group Inc common stock | See Note | | | | | Sold | 11/06/2017 | $15,000 or less |
| -MGM Resorts International common stock | | $1,000 or less | Dividend | None | Cash Market | | | |
| -MGM Resorts International common stock | | | | | | Sold | 12/27/2018 | $15,001 - $50,000 |
| -Franco Nevada Corporation common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| -Oracle Corp common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| -Interxion Holding Com Euro common stock | None | None | $15,001 - $50,000 | Cash Market | | | |
| -Aptiv PLC Com New common stock | $1,000 or less | Dividend | None | Cash Market | | | |
| -Aptiv PLC Com New common stock | | | | | Sold | 12/10/2018 | $15,001 - $50,000 |
| -Delphi Technologies PLC Com common stock | None | None | None | Cash Market | | | |
| -Western Digital Corp common stock | $1,000 or less | Dividend | None | Cash Market | | | |
| -Western Digital Corp common stock | | | | | Sold | 10/15/2018 | $15,001 - $50,000 |
| IRA #3-Wells Fargo Bank N.A. | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| IRA #4-Wells Fargo Bank N.A. | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| Diebold Inc common stock | $1,000 or less | Dividend | None | Cash Market | | | |
| Diebold Inc common stock | | | | | Purchased | 01/08/2018 | $15,001 - $50,000 |
| Diebold Inc common stock | | | | | Sold | 06/01/2018 | $15,001 - $50,000 |
| Wal-mart Inc common stock | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Wal-mart Inc common stock | | | | | Purchased | 02/20/2018 | $50,001 - $100,000 |
| Delphi Technologies PLC common stock | $15,001 - $50,000 | Gain | None | Cash Market | | | |
| Delphi Technologies PLC common stock | | | | | Purchased | 02/27/2018 | $15,001 - $50,000 |
| Delphi Technologies PLC common stock | | | | | Sold | 11/16/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Waters Corp common stock | None | None | $15,001 - $50,000 | Cash Market | | | |
| Waters Corp common stock | | | | | Purchased | 04/04/2018 | $15,001 - $50,000 |
| Boston Scientific Corp common stock | None | None | $50,001 - $100,000 | Cash Market | | | |
| Boston Scientific Corp common stock | | | | | Purchased | 04/06/2018 | $15,001 - $50,000 |
| Visa Inc Cl A common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Visa Inc Cl A common stock | | | | | Purchased | 04/09/2018 | $15,001 - $50,000 |
| Gilead Sciences Inc common stock | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Gilead Sciences Inc common stock | | | | | Purchased | 04/12/2018 | $15,001 - $50,000 |
| Zayo Group Holdings Inc common stock | None | None | None | Cash Market | | | |
| Zayo Group Holdings Inc common stock | | | | | Purchased | 04/16/2018 | $50,001 - $100,000 |
| Zayo Group Holdings Inc common stock | See Note | | | | Sold | 11/19/2018 | $15,001 - $50,000 |
| Zayo Group Holdings Inc common stock | | | | | Sold | 12/07/2018 | $15,001 - $50,000 |
| Garrett Motion Inc common stock | $1,000 or less | Gain | None | Cash Market | | | |
| Garrett Motion Inc common stock | See Note | | | | Purchased | 10/01/2018 | $15,000 or less |
| Garrett Motion Inc common stock | | | | | Sold | 10/04/2018 | $15,000 or less |
| Residio Technologies Inc common stock | $1,001 - $2,500 | Gain | None | Cash Market | | | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| Residio Technologies Inc common stock | See Note | | | | | Purchased | 10/29/2018 | $15,000 or less |
| Residio Technologies Inc common stock | | | | | | Sold | 11/27/2018 | $15,001 - $50,000 |
| State of Israel Bond 46513YFE3 MAZ PKU 2023-06-01 | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| State of Israel Bond 46513YFE3 MAZ PKU 2023-06-01 | | | | | | Purchased | 06/01/2018 | $15,000 or less |
| Manufacturers & Traders Trust Company (M&T) | See Note | | | | | | | |
| Checking Account | | None | None | $15,000 or less | Cash Market | | | |
| Money Market Account | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| VII. | 5.2.1 | partial sale |
| VII. | 6.1 | This investment was erroneously identified as Guardian Fund Investor Class mutual fund on the prior year's report. The description has been corrected on the current year's report. |
| VII. | 8.10.1 | partial sale |
| VII. | 8.13.1 | partial sale |
| VII. | 8.30.1 | partial sale |
| VII. | 8.31.1 | partial sale |

| PART | # | NOTE |
|------|-----|------|
| VII. | 8.38.1 | This should have been deleted from the 2018 report as it was sold 11/06/2017 as reported on line 78, page 8 of 11 of the 2017 report. The entry was inadvertently left on the 2018 report. |
| VII. | 8.55.2 | partial sale |
| VII. | 8.56.1 | received as part of spinoff from from Honeywell International Inc |
| VII. | 8.57.1 | received as part of spinoff from Honeywell International Inc |
| VII. | 10 | This account was listed as M&T Bank checking account in the prior year's report. The money market account was inadvertently omitted from the prior year's account. This report lists both accounts under the heading of the bank's formal name. |